IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **CRIMINAL CASE #:** |
| | * | |
| **BELISARIO GIL MENDOZA,** | * | **1:09-CR-184-JEC-JFK-9** |
| | * | |
| **Defendant.** | * | |

## ORDER

Glenn Stern, Attorney for Defendant in the above-styled case, has petitioned this Court for an order allowing his investigator, Mr. Hector Echegoyen, to be allowed to accompany him during jail visitations to interview his client, Mr. Mendoza.

This Court hereby ORDERS the United States Marshal's Office and the Robert A. Deyton Detention Facility to GRANT access to Mr. Echegoyen and permit him to accompany Mr. Stern while visiting Defendant in custody.

SO ORDERED this _____ day of July, 2009.


_____
Honorable Janet F. King
United States District Court
Northern District of Georgia

Order prepared by:

*Glenn Stern, Attorney at Law*
*2250 N. Druid Hills Rd. NE, Suite 231*
*Atlanta, GA  30329*
*404-320-1049*
*404-320-1072 (fax)*
*AtlantaDUI@gmail.com*