IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL CASE #: |
| | * | |
| BELISARIO GIL MENDOZA, | * | 1:09-CR-184-JEC-JFK-9 |
| | * | |
| Defendant. | * | |

### PETITION FOR LEAVE OF ABSENCE

COMES NOW Glenn Stern, Attorney at Law, counsel for the Defendant, Belisario Gil Mendoza, who pursuant to LR 110-5(d), NDGa, files this Petition for Leave of Absence for Glenn Stern from March 18, 2010 until March 30th, 2010. Leave is needed because counsel will be away from the practice of law during this time period.

Respectfully Submitted this 1st day of February, 2010.

s/ *Glenn Stern*
Attorney for the Defendant
Georgia State Bar # 680305

*Glenn Stern, Attorney at Law*
*2250 N. Druid Hills Rd. NE, Suite 231*
*Atlanta, GA  30329*
*404-320-1049*
*404-320-1072 (fax)*
*AtlantaDUI@gmail.com*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **CRIMINAL CASE #:** |
| | * | |
| **BELISARIO GIL MENDOZA,** | * | 1:09-CR-184-JEC-JFK-9 |
| | * | |
| **Defendant.** | * | |

**CERTIFICATE OF SERVICE**

    I do hereby certify that on February 1, 2010, I electronically filed this Petition for Leave of Absence of Glenn Stern with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

    * Bret R. Williams, Assistant U.S. Attorney
    * All co-Defendant counsel of record

    Respectfully Submitted,

    s/ *Glenn Stern*_____
    Attorney for the Defendant
    Georgia State Bar # 680305

*Glenn Stern, Attorney at Law*
*2250 N. Druid Hills Rd. NE, Suite 231*
*Atlanta, GA  30329*
*404-320-1049*
*404-320-1072 (fax)*
*AtlantaDUI@gmail.com*