IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

JUAN MANUEL ACOSTA-01
MARTIN ARREOLA-ROMERO-02
ANGEL LUIS AYALA-03
OTHA BARNES-04
GERALD EDWARD DURRANCE-05
MARTINA CASAS FLORES-06
RAMIRO HERNANDEZ-DUQUE-07
JORGE LUCATERO-TORRES-08
BELISARIO GIL MENDOZA-09
JUAN MANUEL MENDOZA-10
RAPHAEL PEDROZA PEREZ-11
OBIEL PINEDA-PARDO-12
ALFONSO RIOS, JR.-13
FNU LNU #1-14
JORGE ALEJANDRO ANAYA-MEDINA-15
LUIS MANUEL HACES-DELGADO-16
ALEJANDRO DE LA CRUZ-PLANCARTE-17
JAVIER DE LA CRUZ-LOYA-18
ANDRES BAUTISTA-GALLEGOS-19
NOE AGUILAR-CAMUDIO-20

Defendants.

CRIMINAL CASE NO.

1:09-CR-184-JEC

**MAGISTRATE JUDGE KING**

## ORDER

The Assistant United States Attorney, Bret Williams orally requested several possible plea dates to allow the defendants interested in entering a guilty plea, the opportunity to do so.

Accordingly, the Court schedules the plea date for **FRIDAY,**

**FEBRUARY 26, 2010, 2:30 P.M., COURTROOM 2107. Excludable time is allowed and to commence as of February 4, 2010 through February 26, 2010,** pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv)(to give counsel for the defendant or attorney for the Government reasonable time reasonable time necessary for effective preparation) and (h)(6) (a reasonable period of delay when the defendant is joined for trial with a co-defendant as to whom the time for trial has not run and no motion for severance has been granted). The Court finds that the ends of justice served by the granting of such continuance outweigh the best interest of the public and the defendant in a speedy trial.

The Court is aware that this case has not been certified ready for trial, and that there will likely be more than one plea date set for pleas, given then number of defendants in this case. Nonetheless, the Court wishes to handle the guilty please in a consolidated fashion and avoid individual plea hearings. Each plea hearing will likely require the Court to employ a translator, which is an expensive burden on the taxpayer that can be mitigated by consolidated plea hearings. Further, a consolidated plea hearing or hearings conserve the Court's scarce judicial resources.

Counsel for the Government shall inform the Court as to which defendants will be entering a plea within one week of the plea hearing. Any counsel whose client intends to enter a plea should confirm with the Court's deputy **immediately** whether or not they have

a conflict with this date, so that the proper defendants can be produced for the hearing.

SO ORDERED this 4 day of FEBRUARY, 2010.

_____
JULIE E. CARNES
CHIEF U.S. DISTRICT JUDGE